### 14775.  BAILEY *v.* GARDNER.

LUKE, J.  1. The evidence was conflicting, and the judgment will not be reversed upon the general grounds of the motion for a new trial.

2. The grounds of the motion for a new trial complaining of alleged errors in the introduction of evidence, in the court's charge, and of the failure to charge, contain no reversible error.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED DECEMBER 5, 1923.

Action for damages; from Gordon superior court—Judge Tarver. May 12, 1923.

*Albert Kemper, A. L. Henson,* for plaintiff.

*J. G. B. Erwin,* for defendant.